UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case. No. 17-MJ-376 (RMM) |
| BRYAN DOUGLES MOLES, | ) ) ) | |
| Defendant. | ) ) | |

## UNOPPOSED MOTION FOR EXTENSION OF REPORTING DATE

The defendant, Mr. Bryan Dougles Moles, through undersigned counsel, respectfully moves for a two day extension of time to report to Pretrial Services in the Northern District of Georgia. In support, counsel states as follows:

1. Mr. Moles had his Initial Appearance before this Court on June 2, 2017. He was released on his personal recognizance with courtesy supervision by the Pretrial Services Agency in the Northern District of Georgia.

2. Mr. Moles was instructed by this Court to report to Pretrial Services in the Northern District of Georgia no later than 4:00 p.m. on June 5, 2017, with the understanding that the deadline could be extended if Mr. Moles encountered difficulties in retrieving his belongings and his car, which were under police custody in two separate locations.

3. For various reasons, Mr. Moles was not able to retrieve all of his belongings and his car before close of business on June 2, 2017. He is currently in the process of doing so, and will then need to drive 10 hours to get to the Northern District of Georgia.

4. Undersigned counsel has contacted counsel for the government, who has represented that the government does not oppose this motion.

Wherefore, for the foregoing reasons, Mr. Moles respectfully requests a two day extension of time to report to Pretrial Services in the Northern District of Georgia. If this motion is granted, Mr. Moles will report no later than 4:00 p.m. on June 7, 2017.

    Respectfully submitted,
    A. J. KRAMER
    FEDERAL PUBLIC DEFENDER

    _____/s/_____
    Loui Itoh
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W.
    Suite 550
    Washington, D.C.  20004
    (202) 208-7500